AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 21 2017

David J. Bradley, Clerk

United States of America
v.
Alicia Ann CUESTAS
YOB: 1985 Citizenship: USA

Case No. M-17-0135-M

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 20, 2017** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Possession with Intent to Distribute Methamphetamine |
| 21 U.S.C. § 952 | Illegal Importation of Methamphetamine |

This criminal complaint is based on these facts:
January 20, 2017, Alicia Ann CUESTAS was detained attempting to enter the United States through the Pharr, Texas Port of Entry with approximately 28.06 kilograms of liquid methamphetamine concealed inside horse shampoo bottles.
SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

*Complainant's signature*

Edgard Reynoso, U.S., HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan. 21, 2017 4:07 pm

*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate Judge Peter E. Ormsby
*Printed name and title*

## Attachment "A"

On January 20, 2017, Alicia Ann CUESTAS applied for admission into the United States at the Pharr, Texas Port of Entry (POE) thru the primary inspection station. CUESTAS was a passenger in a white Chevrolet passenger van. The passenger van was selected for post primary inspection by a Customs and Border Protection Officer (CBPO). During secondary inspection, CBPO obtained a negative declaration from CUESTAS. A Narcotics Detection Dog (NDD) was requested to inspect the vehicle and all passengers' baggage. CBPO and NDD alerted to five (5) bottles of horse shampoo that was found to be in CUESTAS's possession. The five (5) bottles field tested positive for properties of liquid methamphetamine. The total weight of the methamphetamine found was approximately 28.06 kilograms.

Homeland Security Investigations (HSI) was advised of the situation. HSI responded to the Pharr, Texas POE to interview CUESTAS. HSI Taskforce Officer read CUESTAS her Miranda rights as witnessed by a HSI Special Agent. During an audio recorded interview, CUESTAS waived her rights in writing and elected to speak to the agents. CUESTAS stated she traveled with three individuals from Fort Worth, Texas to Reynosa, Tamaulipas, Mexico for vacation. CUESTAS stated that while in Mexico, she stayed at a motel with three unidentified individuals. One of the unidentified individuals obtained a bus ticket for CUESTAS to travel to Houston, Texas and instructed her to take five (5) bottles of horse shampoo to Houston. CUESTAS was instructed, by one of the unidentified individuals, that once arriving in Houston, an unidentified female would meet with her to receive the bottles at an unknown location. CUESTAS was told that she would then be compensated for transporting the bottles from Mexico to Houston, Texas. CUESTAS stated that she was given $100.00 U.S dollars for her travel costs. CUESTAS stated that she assumed that the shampoo bottles contained illegal narcotics.